Certificate Number: 02166-GAM-CC-003778607

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 14, 2008, at 11:38 o'clock AM EDT,

TERRIE NOWACKI received from

Consumer Credit Counseling Service of Middle Georgia, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Middle District of Georgia, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: April 14, 2008

By *[signature]*

Name Nicole Caldwell

Title Vice President of Professional Services

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).