WEST   GA0702

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA, MACON DIVISION

| | |
|---|---|
| IN RE: TERRIE WEST | : CHAPTER: 7 |
| | : |
| AKA:ELITE STONE SURFACES/DBA | : |
| | : BANKRUPTCY NO: 08-51240-RFH |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Bank FSB**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern PA 19355-0701**

By:   /s/Gilbert B. Weisman
―――――――――――――――――――――
Gilbert B Weisman Esquire PA59872
Attorney/Agent for creditor
POB 3001
MALVERN PA 19355-0701
PHONE:   (610) 644-7800
FAX  :   (610) 993-8493
EMAIL:   notices@becket-lee.com

DATE: May 29, 2008

PET: 05/15/2008

FSB