# Grantham Law Office



**Attorneys at Law**
**478/923-0300**
**Facsimile 478/328-1281**
**www.granthamlawoffice.com**
**kathygrantham@granthamlawoffice.com**

**Kathleen S. Grantham**
**Attorney at Law**
**403 1/2 S. Pleasant Hill Rd.**
**Warner Robins, GA  31088**

**June 1 5 2008**

William Tanner, Clerk
US Bankruptcy Court
Middle District of Georgia
Macon Division
VIA ELECTRONIC FILING

Re:  Terrie L. West
      Chapter 7 Case No. 08-51240
      Notice of Change of Address for Creditor

Dear Mr. Tanner,

Please be advised that the mailing address for MACEY, WILENSKY & KESSLER, LLP has resulted in the mail being returned as the address was apparently  listed incorrectly in the party's schedules. The correct mailing address is as follows:

MACEY, WILENSKY & KESSLER LLP
MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE.
SUITE 600
ATLANTA, GA  30303-1229

A copy of all notices and returned mail and a copy of this Notice of Change of Address has been sent to the creditor by US Mail at the correct address listed above.

This 15TH day of June 2008.


//s// kathleen s. grantham

State Bar #305619