# Grantham Law Office



**Attorneys at Law**
**478/923-0300**
**Facsimile 478/328-1281**
**www.granthamlawoffice.com**
**kathygrantham@granthamlawoffice.com**

**Kathleen S. Grantham**
**Attorney at Law**
**403 1/2 S. Pleasant Hill Rd.**
**Warner Robins, GA  31088**

**June 15, 2008**

William Tanner, Clerk
US Bankruptcy Court
Middle District of Georgia
Macon Division
VIA ELECTRONIC FILING

Re:
   Terrie L. West
    Chapter 7 Case No. 08-51240
    Notice of Change of Address for Creditor

Dear Mr. Tanner,

Please be advised that the mailing address for GRANITE EXPRESS has resulted in the mail being returned as the address was apparently  listed incorrectly in the party's schedules. The correct mailing address is as follows:

GRANITE EXPRESS
C/O JORGE ABRIL, ESQ
COLONADE PLZ. SUITE 230-1201 BRICKELL AVE.
MIAMI, FL  33131-3207

A copy of all notices and returned mail and a copy of this Notice of Change of Address has been sent to the creditor by US Mail at the correct address listed above.

This 15TH day of June 2008.


                                        //s// kathleen s. grantham

State Bar #305619