UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                                                              CASE NO.
TERRIE R. WEST
f/k/a TERRIE NOWACKI
    Debtor/Movant

                                                             IN PROCEEDINGS UNDER
                                                             CHAPTER 7

VS
G & L MARBLE-DESTIN, INC.

    Respondent                                            MOTION TO AVOID LIEN

NOTICE OF TIME TO RESPOND TO MOTION UNDER 11 U.S. C. 522 (f)

       The debtor in the above referenced case has filed a Motion to Avoid a Lien held by you with this Court.

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court to avoid your lien as requested by the debtor, or if you want the Court to consider your views on the motion then on or before the 21st day of July, 2008, you or your attorney must:

       File a written response explaining your position and that response must be filed with the Clerk of the United States Bankruptcy Court at the following address:

           CLERK, UNITED STATES BANKRUPTCY COURT
           P.O. BOX 1957
           MACON, GA   31202

       If you mail your response to the court for filing, you must mail it early enough so the Court will receive it on or before the date above.

       You must also mail a copy to the movants attorney:

           KATHLEEN S. GRANTHAM
           ATTORNEY AT LAW
           403 1/2 S. PLEASANT HILL RD.
           WARNER ROBINS, GA   31088

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief. Should you timely file and serve a response, a hearing will be held at a time and date to be set by the Court.

                                      This 22 day of June , 2008.

                                                   //s//kathleen s. grantham
                                                   KATHLEEN S. GRANTHAM
                                                   Attorney for Movant
                                                   State Bar # 305619

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:  CASE NO.
TERRIE R. WEST
f/k/a TERRIE NOWACKI
    Debtor/Movant

                       IN PROCEEDINGS UNDER
                       CHAPTER 7

VS
G & L MARBLE-DESTIN, INC.

    Respondent  MOTION TO AVOID LIEN


The Motion of the Petitioner respectfully represents as follows:

1. This case was commenced by the filing of a voluntary petition for relief sought under Chapter 7 Title 11 of the United States Code.

2. This Motion is filed by the debtor under 11 U.S.C. 522 (f) to avoid a judgment lien held by the respondent in any property claimed by the debtor to be exempt under Section 522 of the Bankruptcy Code.

3. The existence of the respondent's lien on the debtor's property impairs that exemption which the debtor would be entitled to under 11 U.S.C. 522 (b).

4. Movant moves for an order of the Court for the cancellation and avoidance of the judgment lien on any property claimed by the debtor as exempt, and for such other and further as is just and proper.

This \_\_\_\_22\_\_\_\_\_ day of \_\_June\_\_\_\_, 2008.

                       //s// kathleen s. grantham
                       KATHLEEN S. GRANTHAM
                       Attorney for Movant
                       State Bar # 305619

403 ½ S. Pleasant Hill Rd.
Warner Robins, Georgia 31088
(478-923-0300)