

**SO ORDERED.**

**SIGNED this 22 day of July, 2008.**

_____
   **ROBERT F. HERSHNER, JR.**
   **UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                   CASE NO. 08-51240
TERRIE R. WEST
f/k/a TERRIE NOWACKI
    Debtor/Movant

                                               IN PROCEEDINGS UNDER
                                               CHAPTER 7
VS
G & L MARBLE-DESTIN, INC.
     Respondent
                                               JUDGMENT AVOIDING LIEN

       In the above referenced motion seeking cancellation and avoidance of a judgment lien held by the respondent herein on property to which movant is entitled to exempt under Section 522 of the Bankruptcy Code, 11 U.S.C 522 (f), and it appearing that the respondent has failed to file a written response within the 20 days allowed by law; it is

       ORDERED, that this motion is declared to be in default and the Debtor/Movant is entitled to the relief requested therein; and it is further

       ORDERED, ADJUDGED AND DECREED that the judgment lien on the debtor's property subject to exemption under the Bankruptcy Code, be, and the same hereby is cancelled. The Respondent shall take any steps necessary to cancel the fi. fa. of record concerning this judgment lien.

                                              END OF DOCUMENT

ORDER PREPARED BY:
KATHLEEN S. GRANTHAM
ATTORNEY FOR DEBTOR
STATE BAR # 305619
403 1/2 S. PLEASANT HILL RD.
WARNER ROBINS, GA  31088